UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------x  :
UNITED STATES OF AMERICA                              :
                                                      :        CONSENT ORDER
            v.                                        :        2:08-cr-509
                                                      :
MENSUR RECI                                           :
                                                      :
            Defendant.                                :
-----------------------------------------------------x  :

      **THIS MATTER** having come before the court on application of Carl J. Herman, Esq., attorney for the defendant, MENSUR RECI, for an Order requesting that Pretrial Services return the defendant's passport that was previously surrendered, and the court having considered all of the information in this case, and for good cause shown:

      **IT IS** on this ___16th___ day of ___July___ 2009, hereby;

      **ORDERED** that Pre-Trial Services shall return the passport to the defendant.

                                       _/s/ KS Hayden_
                                       Katharine S. Hayden, U.S.D.J