PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Mensur Reci

Cr.: 08-00509-001
PACTS Number: 50068

Name of Sentencing Judicial Officer: Katharine S. Hayden, U.S. District Judge

Date of Original Sentence: 01/13/09

Original Offense: Bank Fraud

Original Sentence: 3 years probation; $100 special assessment; $155,484.20 restitution. Special conditions: full financial disclosure, no new debt, gambling restriction, and DNA collection.

Type of Supervision: Probation     Date Supervision Commenced: 01/13/09

## PETITIONING THE COURT

[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

The offender shall submit monthly payments toward his restitution obligation at a rate of 10% of his gross/net monthly income.

## CAUSE

The offender is gainfully employed and has agreed to the above-mentioned payment plan. The Probation Office will continue to monitor Reci's payments and will notify the court of any issues that arise.

Respectfully submitted,

By: Denise I. Morales
U.S. Probation Officer
Date: 08/04/09

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

8/18/09
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The offender shall submit monthly payments toward his restitution obligation at a rate of 10% of his gross/net monthly income.

Witness: [signature]
U.S. Probation Officer
Denise I. Morales

Signed: [signature]
Probationer or Supervised Releasee
Mensur Reci

08-04-09
DATE